IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br>　　　　　Plaintiff,<br><br>vs.<br><br>**QUALCOMM INCORPORATED,**<br>　　　　　Defendant. | Civil Action No. 3:11-cv-719-J-37RBD-JRK |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff ParkerVision, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of this Court entered on June 23, 2014 (Dkt. 546), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing, including without limitation the Order of June 20, 2014 (Dkt. 545); the Court's rulings from the bench on October 22, 2013 (Dkt. 433 and Trial Tr. 10/22 at 7-16, 37-39, 66-67); the Court's rulings from the bench on October 21, 2013 (Trial Tr. 10/21 at 172-175); the Order of October 11, 2013 (Dkt. 395) and its corresponding rulings from the bench on October 17 and 11, 2013 (Trial Tr. 10/17 at 44, Trial Tr. 10/11 at 274, and Dkt. 418); the Order of September 28, 2013 (Dkt. 373); the Order of August 26, 2013 (Dkt. 318); and the Claim Construction Order of February 20, 2013 (Dkt. 243).

Payment of the required fee of $505, representing the $500 fee for docketing a case on appeal specified in 28 U.S.C. § 1913, and the $5 fee for filing a notice of appeal specified in 28 U.S.C. § 1917, is provided with this Notice of Appeal.

June 25, 2014

Respectfully submitted,

| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
|---|---|
| /s/ *Douglas A. Cawley* | /s/ *James A. Bolling* |

Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No.: 24078767
rkamprath@mckoolsmith.com
Ivan Wang
Texas State Bar No.: 24042679
E-mail: iwang@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
Mario A. Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
Kevin Kneupper
Texas State Bar No. 24050885
kkneupper@mckoolsmith.com
James Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Stephen D. Busey
James A. Bolling
jbolling@smithhulsey.com
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

**ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.**

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER**

Donald R. Dunner
District of Columbia Bar Number 38273
don.dunner@finnegan.com
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
(202) 408-4400 (facsimile)

Erik R. Puknys
California Bar Number 190926
erik.puknys@finnegan.com
Jacob A. Schroeder
California Bar Number 264717
jacob.schroeder@finnegan.com
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
(650) 849-6600
(650) 849-6666 (facsimile)

**OF COUNSEL FOR PLAINTIFF PARKERVISION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 25, 2014.

*/s/ Josh Budwin*
Josh Budwin
