NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARKERVISION, INC., A FLORIDA CORPORATION,**
*Plaintiff-Appellant,*

v.

**QUALCOMM INCORPORATED, A DELAWARE CORPORATION,**
*Defendant-Cross-Appellant,*

AND

**STERNE, KESSLER, GOLDSTEIN & FOX PLLC,**
*Defendant.*

---

2014-1612, -1655

---

Appeals from the United States District Court for the Middle District of Florida in No. 3:11-cv-00719-RBD-JRK, Judge Roy B. Dalton, Jr.

---

**ON MOTION**

---

**O R D E R**

Daniel P. Ravicher submits a motion for leave to file a brief amicus curiae in support of the appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

Any response to the motion is due no later than September 30, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8