NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARKERVISION, INC., A FLORIDA CORPORATION,**
*Plaintiff-Appellant,*

v.

**QUALCOMM INCORPORATED, A DELAWARE CORPORATION,**
*Defendant-Cross-Appellant.*

---

2014-1612, -1655

---

Appeals from the United States District Court for the Middle District of Florida in No. 3:11-cv-00719-RBD-JRK, Judge Roy B. Dalton, Jr.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge.*

**O R D E R**

Daniel P. Ravicher moves for leave to file out of time a brief amicus curiae in support of appellant.

This court previously denied Mr. Ravicher's prior motion to submit an essentially identical brief on October 17, 2014. As the court explained in its order, a nonparty

seeking to file such a brief must provide "the movant's interest" in the case. Fed. Cir. R. 29(b)(1). Despite substantiated assertions that Mr. Ravicher owned stock in appellant, Mr. Ravicher's brief refused to address his interest, stating only that it was "confidential personal financial information, and, as such, will not be disclosed."

Mr. Ravicher's latest submission indicates that he now has "no financial ownership interest in Plaintiff-Appellant Parkervision." His motion, however, provides no explanation as to whether Mr. Ravicher previously complied with the court's rules concerning whether he had a financial interest in any of the parties to this action, or good cause as to why this court should grant a waiver of the usual timing requirements. Upon consideration of all of the circumstances, the court, in its discretion, declines to grant Mr. Ravicher's motion for leave to file out of time a brief amicus curiae.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19